**DENIED; Opinion Filed May 31, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00628-CV**

### IN RE JERRY, MARSHA, AND JASON CHAMBERS, Relators

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 81338-422**

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Moseley

Relators contend the trial judge erred in granting summary judgment as to some of their claims. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have an adequate remedy on appeal. *See* TEX. R. APP. P. 52.8(a); *See In re Staley*, No. 05-08-01159-CV, 2008 WL 4213420, at \*1 (Tex. App.—Dallas Sept. 16, 2008, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

130628F.P05